

Receipt # 11090740
$8.43 10/18/10

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Ste. 250
Buffalo, NY 14202

Re: (Case Name) SCIARA, D./Case #1-09-14101-CLB
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $8.43. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_X_\_\_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant VEATCH OPHTHALMIC   Amount $3.04   Claims Register #3

Claimant RECOVERY MGMT SYSTEMS Amount $3.15 Claims Register #9

Claimant RECOVERY MGMT SYSTEMS Amount $2.24 Claims Register #11

Claimant _____ Amount $_____ Claims Register #_____

Harold P. Bulan, Trustee